UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-cv-24875-LEIBOWITZ/GOODMAN

**AMERICAN SOCIAL IP, LLC** and
**721 LAS OLAS BLVD., INC.**,

    *Plaintiffs*,

v.

**JERRY POWELL** and
**JOHN DOE CORPORATION**,

    *Defendants*.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

United States Magistrate Judge Jonathan Goodman issued a report and recommendation recommending that this Court enter a default against Defendant Jerry Powell for failure to follow two Court Orders.  [ECF No. 56].  Neither party has submitted objections, and the time to do so has passed.  After careful review of the filings, the applicable law, and the record, the Court adopts Judge Goodman's report and recommendation in its entirety and enters a default against Defendant Jerry Powell.

"In order to challenge the findings and recommendations of the magistrate judge, a party must file written objections which shall specifically identify the portions of the proposed findings and recommendation to which objection is made and the specific basis for objection." *Macort v. Prem, Inc.*, 208 F. App'x 781, 783 (11th Cir. 2006) (cleaned up).  The objections must also present "supporting legal authority."  L. Mag. J.R. 4(b).  Once a district court receives "objections meeting the specificity requirement set out above," it must "make a de novo determination of those portions of the report to which objection is made and may accept, reject, or modify in whole or in part, the findings or

recommendations made by the magistrate judge." *Macort*, 208 F. App'x at 783–84 (cleaned up). To the extent a party fails to object to parts of the magistrate judge's report, those portions are reviewed for clear error. *Id.* at 784 (cleaned up).

The parties have not submitted any objections to Judge Goodman's report and recommendation, and the time to do so has passed. As such, the Court has reviewed the report and recommendation for clear error only. Upon this review, the Court finds not only no clear error but also notes that Judge Goodman's report is thorough, cogent, and correct. The Court adopts the report and recommendation in its entirety and enters a default against Defendant Jerry Powell.

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1. Magistrate Judge Augustin-Birch's Report and Recommendation [**ECF No. 56**] is **AFFIRMED AND ADOPTED**.

2. The Plaintiffs are invited to file a motion for default judgment against Defendant Jerry Powell.

**DONE AND ORDERED** in the Southern District of Florida on November 5, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:   counsel of record